# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:07-CR-0029** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **AARON DOUGLAS KNILL** | : | |

## ORDER

AND NOW, this 11th day of May, 2007, upon consideration of the correspondence submitted by counsel for defendant requesting the admission of Government's Exhibit 47 into evidence,[1] and it appearing that the government concurs in this request, it is hereby ORDERED that Government's Exhibit 47 is ADMITTED into evidence and shall be considered by the court.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The parties used this exhibit during the suppression hearing held on May 4, 2007.