# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:07-CR-029** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **AARON DOUGLAS KNILL** | : | |

## ORDER

AND NOW, this 5th day of November, 2008, upon consideration of the government's motion(Doc. 99), and upon good cause shown, it is hereby ORDERED that the sum of $432, said sum constituting cash seized from the Defendant by law enforcement, shall be released by the FBI to the Clerk of Courts in partial satisfaction of the Defendant's outstanding $2,000 fine.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge